# AFFIDAVIT OF DAN C. GUTHRIE, JR.

STATE OF TEXAS )
)
COUNTY OF HENDERSON )

Dan C. Guthrie, Jr., first being duly sworn, deposes and says:

1. My name is Dan C. Guthrie, Jr. I am a licensed attorney in the State of Texas. On October 6, 2020, I was retained to represent Federico Andres Machado in *United States of America v. Debra Lynn Mercer-Erwin (1), Kayleigh Moffett (2), Guillermo Garcia Mendez (3), Federico Andres Machado (4), Carlos Rocha Villaurrutia (5), Alban Gerardo Azofeifa-Chacon (6), Aaron Bello-Millan (7), Michael Assad Marcos (8); Cause No. 4:20-CR-212* and entered my appearance in this matter as counsel for Mr. Machado (Doc. 56).

2. On March 2, 2021, I received an email from Mr. Machado in which Mr. Machado discharged me from any further representation of him ("you are released now of representing me").

3. Under Rule 1.15(a)(3) of the Texas Disciplinary Rules of Professional Conduct, an attorney shall withdraw from representation if "the lawyer is discharged, with or without good cause." Under this provision, it is mandatory that I withdraw since I have been discharged.

4. This affidavit is submitted in support of the Motion to Withdraw as Counsel of Record.

Dan C. Guthrie, Jr. [signature]

Dan C. Guthrie, Jr.

SUBSCRIBED AND SWORN TO before me this 3 day of March, 2021.

Cari Lookabaugh [signature]

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

NOTARY PUBLIC STATE OF TEXAS
Cari Lookabaugh
My Commission Expires
03/01/2022
ID No 128193925