IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

**NOTICE OF ATTORNEY APPEARANCE AND SUBSTITUTION OF FORMER COUNSEL**

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, HEATHER RATTAN, and enters her notice of appearance and substitution as counsel of record for the UNITED STATES OF AMERICA in the above styled cause and requests that former Assistant United States Attorney Ernest Gonzalez be removed as counsel of record since he is no longer with USAO-EDTX.

The undersigned, Heather Rattan, Assistant United States Attorney, respectfully requests that the same be noted by the Clerk of the Court and be added to the list of counsel to receive all future notices, orders, and filings through the Court's CM/ECF system.

**Notice of Appearance by Attorney - Page 1**

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on defense counsel of record on November 17, 2023.

/s/
HEATHER RATTAN