AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-CR-212-(4) |
| Federico Andres Machado | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federico Andres Machado

Date: November 6, 2025

/s/ Jamie Hoxie Solano
*Attorney's signature*

Jamie Hoxie Solano, NJ426422024
*Printed name and bar number*

Dynamis LLP
200 Connell Drive
Berkeley Heights, NJ 07922
*Address*

JSolano@dynamisllp.com
*E-mail address*

973-295-5495
*Telephone number*

*FAX number*