IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FEDERICO ANDRES MACHADO (4) | No. 4:20-CR-212(04)-ALM-BD-4 |

**DEFENDANT FEDERICO ANDRES MACHADO'S EMERGENCY
MOTION TO ADMINISTER MEDICATION AND PROVIDE MEDICAL TREATMENT**

Defendant Federico Andres Machado, through the undersigned counsel, respectfully submits this emergency motion seeking an order from this Court directing the U.S. Marshals to, by the end of today, Friday, November 7, 2025, either confirm with Fannin County Jail that he has been administered his prescription medication or, if no confirmation is available, immediately transport Mr. Machado to the care of a medical doctor who can administer Mr. Machado's prescribed medication that was transported with Mr. Machado from Argentina. We request further that the U.S. Marshals promptly arrange for Mr. Machado to be held in a facility that has appropriate capabilities to both administer and monitor Mr. Machado's prescribed medication. This motion is being submitted on an emergent basis given what the undersigned understands to be warnings from Mr. Machado's treating doctor in Argentina that if Mr. Machado fails to receive this prescription medication—as has been the case for now over 24 hours—within two days, he risks significant health issues including a heart attack or even death.

Mr. Machado has significant health issues and has been prescribed the Argentinian equivalent of a relatively high-level dose of Xanax. His doctor in Argentina has advised that he requires this medication to avoid other very dangerous health issues, including high blood pressure, heart attack, or death. The Argentinian government was acutely aware and concerned

1

about Mr. Machado receiving appropriate medical care if they agreed to extradite him to the United States. For example, on September 21, 2022, in response to concerns raised by the Argentinean government about Mr. Machado receiving appropriate medical care, the U.S. Embassy represented to the Argentinean government that the U.S. "confirms that [Mr.] Machado will be provided with medical care during his detention in the United States of America." *See* Exhibit A. The U.S. Embassy represented further that the U.S. Marshals considers a detainee's health needs in determining which facility to house the detainee. *Id.* The U.S. Embassy represented further the following:

> Jails used by the USMS are required to screen prisoners for any medical, mental health, or dental concerns. If the prisoner has any chronic health concerns, he/she is referred to the facility physician or mental health specialist for evaluation. Each facility identifies prisoners with any special needs at the time of admission to determine if additional resources are needed.

*Id.* It appears that the Facility may not have undertaken this process or has dismissed Mr. Machado's prescription medication as non-urgent.

This concern that Mr. Machado be provided with appropriate medical care and mental health treatment was again raised and ordered in connection with the Argentinian courts evaluating his requested extradition. While the court's opinion was rendered in Spanish, the Argentinian court specifically warned, in sum and substance:

> However, and in accordance with the provisions of Article 39 of Law 24.767, I must specifically warn the Executive Branch about his state of health, and likewise, the requesting state so that it may take this situation into account in the application of its legal procedures, in order to guarantee respect for the life and physical, mental, and moral integrity of the person sought and to prevent him from being subjected in the future to penalties or treatment that—given his particular psycho-psychiatric condition—could constitute torture or cruel treatment (Articles 4 and 5 of the American Convention on Human Rights and Articles 1 and 3 of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment).

The Argentinean court order specifically requested the following assurances (again, in sum and substance from Spanish):

> IV. REQUEST ASSURANCES from the Requesting State that the time spent in detention during this process will be counted as if he had suffered it during the course of the proceedings that prompted the request.
>
> Furthermore, the health status of Federico A. Machado will be made known so that this situation may be taken into account in the application of legal procedures, in order to guarantee respect for the life and physical, mental, and moral integrity of the accused and to prevent him from being subjected in the future to penalties or treatment that—given his particular psycho-psychiatric condition—could constitute torture or cruel treatment (Articles 4 and 5 of the American Convention on Human Rights and Articles 1 and 3 of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment).

Within the past 48 hours, Mr. Machado has now been extradited and transported to Texas by the U.S. Marshals. While in the physical custody of the U.S. Marshals, Mr. Machado was administered his prescription medication that accompanied him from Argentina without incident. Yesterday morning, however, the U.S. Marshals turned Mr. Machado over to the Fannin County Jail (the "Facility") at approximately 9:00 a.m. and gave Mr. Machado's prescription medication to the Facility.

While the undersigned does not have complete information why the Facility has either failed to or refused to administer Mr. Machado's prescription medication while he is in their custody, the undersigned met with Mr. Machado prior to his arraignment this morning. Mr. Machado was not himself and was in distress. Based on the undersigned's experience as a former federal prosecutor often observing individuals arrested and experiencing drug withdrawals, Mr. Machado appeared to be suffering from withdrawal, and he reported the same. Mr. Machado has not been able to sleep for over 24 hours and is in severe mental and physical distress. Mr. Machado reported that he has not received his medication since turned over to the Facility at approximately 9:00 a.m. yesterday, and it is his understanding from the individuals he spoke with

at the Facility that the Facility does not intend to provide him with his prescription medication. It is unclear whether this is because the Facility does not have the appropriate staff capable of administering such medication, if the Facility does not understand the time-sensitivity or severity of the issue, or otherwise. The current impression is that the Facility has refused to administer the medication because, in sum and substance, they don't administer Xanax.

The undersigned has significant concerns that the Facility will not appropriately provide Mr. Machado with his prescription medication. Open sources reflect that this specific Facility has a history of providing substandard medical care. Mr. Machado's treating doctor in Argentina has warned Mr. Machado that he needs this medication. The undersigned is not a doctor, but the admonishment from a doctor that Mr. Machado could be dead if he were, as he has now been, abruptly deprived of his medication, raises alarm. While it is the undersigned's understanding that the U.S. Marshals have told the Facility to provide him with the medication, we do not know if the Facility has complied with that request or has the capability of administering the medication. Time is of the essence, and the undersigned is mindful that this issue is arising on a Friday afternoon.

Given the potential severe medical consequences coupled with the Argentinean government's real and specific concerns that Mr. Machado receive appropriate medical care as a condition of their agreeing to extradite him to the United States, the undersigned respectfully requests that the Court take the unusual step of immediately intervening. First, we request that the Court order in the immediate term that the U.S. Marshals confirm no later than 6:00 p.m. today that the Facility has, in fact, administered Mr. Machado's prescription medication or, absent such confirmation, the U.S. Marshals transport Mr. Machado to a medical facility that can and will administer his prescription medication and monitor Mr. Machado. This request is in

light of the fact that, as of his appearance this morning, Mr. Machado had not received his medication for over 24 hours. Second, we request that the Court order the Government to provide the Court an update of where it intends to house Mr. Machado pretrial along with an assurance that the facility (1) has the capability of administering and monitoring his prescribed medication, (2) has agreed to do so for Mr. Machado.

    We thank the Court for its attention on this important, time-sensitive matter.

Dated:  November 7, 2025

                                                  Respectfully submitted,

                                                  /s/ Jamie Hoxie Solano
                                                  Jamie Hoxie Solano
                                                  DYNAMIS LLP
                                                  200 Connell Drive
                                                  Berkeley Heights, NJ 07922
                                                  973-295-5495
                                                  JSolano@dynamisllp.com

                                                  *Counsel for Defendant Machado*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing on November 7, 2025.

                                          */s/ Jamie Hoxie Solano*
                                          Jamie Hoxie Solano

## CERTIFICATE OF CONFERENCE

I certify that I discussed filing a motion regarding Mr. Machado's prescription medication with AUSA Heather Rattan today. The specifics of this requested relief were not able to be discussed at the time of filing because the undersigned is currently on an airplane; however, given the Friday afternoon posture and the relief requested, I am respectfully requesting consideration of this motion.

                                          */s/ Jamie Hoxie Solano*
                                          Jamie Hoxie Solano