# EXHIBIT A

No. 960

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs, International Trade and Worship of the Republic of Argentina and refers to the Ministry's diplomatic note No. NO-2022-39409215-APN-DAJI#MRE, dated April 22, 2022, in which the Ministry requests assurances regarding the request for the extradition of Argentine national Federico Andrés MACHADO (MACHADO).

First, the United States confirms that MACHADO will be provided with medical care during his detention in the United States of America. The Embassy informs the Ministry that the United States Marshals Service (USMS) will maintain pre-trial custody of MACHADO. As the USMS does not operate detention facilities, USMS prisoners are detained at any of the approximately 1800 state or local jails nationally to which the USMS has access. The USMS considers many factors in determining in which facility to house a USMS prisoner, including health needs. Jails used by the USMS are required to screen prisoners for any medical, mental health, or dental concerns. If the prisoner has any chronic health concerns, he/she is referred to the facility physician or mental health specialist for evaluation. Each facility identifies prisoners with any special needs at the time of

-2-

admission to determine if additional resources are needed. Routine medical care is provided at the jail, and requests for non-emergency medical care (including mental health) that is not available in the facility are sent to the USMS medical staff, who determine medical necessity and approve the visits, procedures, or medications.

If convicted, MACHADO will be transferred from USMS custody to the custody of the U.S. Bureau of Prisons (BOP). The Embassy informs the Ministry that the BOP manages a medical care level classification system that permits it to manage MACHADO's health care effectively. This includes matching inmates with those institutions that can best meet their medical needs. Additionally, each BOP institution contracts with medical centers in the local vicinity to provide specialized medical treatment. These medical centers offer the BOP a wide range of trained specialists and diagnostic tools. MACHADO will be subject to this medical care management system throughout his time of detention.

Regarding the other assurances requested in the aforementioned note, the Government of the United States assures the Government of Argentina that, while in custody in the United States, MACHADO will not be subject to torture or cruel and unusual punishment or degrading or inhumane treatment.

-3-

Finally, the United States notes that the Extradition Treaty between the United States of America and the Argentine Republic, signed June 10, 1997, does not provide a basis for conditioning extraditions on an assurance regarding time served. While the United States is not, therefore, obligated to provide the assurance requested, in light of the Government of Argentina's request, the United States assures the Government of Argentina in this particular case that the United States will give MACHADO credit for any time spent incarcerated in connection with this matter, including any time served in custody in Argentina.

The Embassy takes this opportunity to reiterate to the Ministry of Foreign Affairs and Worship of the Argentine Republic the assurances of its highest consideration.

Embassy of the United States of America

Buenos Aires, September 21, 2022.

(Traducción no Oficial)

No. 960

La Embajada de los Estados Unidos de América presenta sus atentos saludos al Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la República Argentina y hace referencia a la Nota Diplomática Nro. NO-2022-39409215-APN-DAJI#MRE, con fecha 22 de abril de 2022, en la cual el Ministerio requiere se brinden garantías en relación con la extradición del ciudadano argentino Federico Andrés MACHADO (en adelante MACHADO).

En primer lugar, los Estados Unidos de América confirman que MACHADO recibirá asistencia médica durante el tiempo que dure su detención en los Estados Unidos. La Embajada informa al Ministerio que el Servicio de Marshals (USMS) será quien esté a cargo de su detención previa al juicio. Si bien el Servicio de Marshals no opera los centros de detención, los detenidos que tiene a su cargo se alojan en una de las 1800 prisiones estatales o locales distribuidas en todo el país. El USMS tiene en cuenta diversos factores, entre ellos cuestiones de salud, al momento de determinar el lugar donde se alojará un detenido. Los detenidos deben someterse a un examen físico, de salud mental y odontológico cuando ingresan al centro de detención. Si el detenido sufre una condición crónica, se lo refiere al médico del centro de detención o al especialista en salud mental para su evaluación. Esta evaluación que se realiza al ingreso tiene por objeto identificar a

-2-

los detenidos con necesidades especiales que requieren de recursos adicionales. En el centro de detención se prestan servicios de salud de rutina. Toda solicitud de asistencia que no sea de emergencia (inclusive salud mental) que no se brinde en el centro, se remite al equipo médico del USMS de modo de determinar la necesidad médica, aprobar las visitas, procedimientos y medicación.

En caso de ser condenado, la custodia de MACHADO pasará del USMS al Departamento Federal de Prisiones (BOP, por sus siglas en inglés). La Embajada informa al Ministerio que el BOP cuenta con un sistema de clasificación médica por niveles que permite brindar a MACHADO atención médica de manera efectiva. Esto significa que se identifica una institución que se ajuste a las necesidades médicas del condenado. Asimismo, las prisiones del BOP mantienen contratos con centros médicos cercanos para brindar tratamiento médico especializado. Estos centros médicos ofrecen una gran variedad especialistas capacitados y herramientas de diagnóstico. MACAHADO gozará de este sistema de cuidado médico durante su detención.

En relación con las garantías solicitadas en la nota de referencia, el Gobierno de los Estados Unidos de América da garantías al Gobierno de la República Argentina que, durante su detención, MACHADO no será sometido a penas o

-3-

tratos que podrían constituir torturas o tratos crueles, diferentes, degradantes o inhumanos.

Por último, los Estados Unidos de América advierten que, si bien el Tratado de Extradición suscrito entre ambos países el 10 de junio de 1997 no condiciona el otorgamiento de las extradiciones al hecho de computarse el tiempo de privación de libertad, y, si bien los Estados Unidos de América no están obligados a brindar dicha garantía, a la luz de la solicitud del Gobierno argentino, los Estados Unidos de América garantizan que se le computará el tiempo de privación de libertad en Argentina como si lo hubiese sufrido durante el curso del proceso que motivó el requerimiento.

La Embajada de los Estados Unidos de América hace propicia esta oportunidad para expresar al Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la República Argentina las seguridades de su más distinguida consideración.

Embajada de los Estados Unidos de América

Buenos Aires, 21 de septiembre de 2022.