IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FEDERICO ANDRES MACHADO (4) | No. 4:20-CR-212(04)-ALM-BD-4<br><br>The Honorable Bill Davis |

# [PROPOSED] ORDER

Having considered the emergency motion of Defendant Federico Andres Machado and for good cause shown, the Court hereby ORDERS that not later than 6:00 p.m. today, the U.S. Marshals must confirm that Fannin County Jail has administered Mr. Machado's prescription medication. In the event the U.S. Marshals are unable to obtain such confirmation, the U.S. Marshals are ordered to transport Mr. Machado to a medical facility that can and will administer his prescription medication and monitor Mr. Machado until more permanent arrangements at a suitable facility can be arranged.

It is further ORDERED that, no later than _____ the Government to provide the Court an update of where it intends to house Mr. Machado pretrial along with a representation that the Government has confirmed that such facility (1) has the capability of administering and monitoring his prescribed medication, (2) has agreed to do so for Mr. Machado.