## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:20-CR-212-ALM-BD |
| | § | |
| FEDERICO ANDRES MACHADO (4) | § | |

### ORDER

At 4:26 p.m. this afternoon, defendant Federico Andres Machado filed an emergency motion for medical treatment. Dkt. 586. The motion states that Machado, who is incarcerated at the Fannin County Detention Center, has been deprived at that facility of prescription medication, putting him at risk of significant medical complications or death. The motion seeks a court order directing the United States Marshals Service to confirm, by 6:00 p.m. today, that the Fannin County Detention Center has administered Machado's medication to him or, if it is unable to obtain that confirmation, to transport Machado to a medical facility that can administer his medication. The motion also asks the court to order the government to provide an update on where Machado will be housed and to assure the court that any facility in which he is housed is able to administer and monitor Machado's prescribed medication and has agreed to do so.

The court requested a response from the government by 5:30 p.m. In an email response submitted by that deadline, the government noted that Machado's motion and proposed order are very specific. The government's attorney indicated that she had consulted with a representative of the Marshals Service and asked the court to consider issuing an order directing the Marshals Service to provide any necessary medical care. The court also contacted representatives of the Marshals Service about Machado's situation.

To the best of the court's understanding, Machado is currently under the care of medical professionals at Fannin County Detention Center, has been prescribed and administered medication, had vital signs within a normal range, and will be seen by one or more additional medical professionals tomorrow morning. It is not clear to the court what practicable ability, if any,

the Marshals Service has to provide the relief sought in the motion. It is also not clear to the court that ordering the Marshals Service to transport Machado to another facility would result in Machado receiving appropriate medical care more quickly than he otherwise would; indeed, it could have the opposite effect. For that reason, the court will not grant the specific relief the motion seeks.

It is, however, **ORDERED** that the Marshals Service coordinate with medical professionals at the Fannin County Detention Center to ensure, to the greatest degree possible, that Machado receives appropriate medical care at either that facility or at another facility, in the event that the Fannin County Detention Center is unable to provide the care required. The coordination should be conducted as needed, including over the weekend.

So **ORDERED** and **SIGNED** this 7th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge

2