IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20CR212 |
| v. | § | Judge Mazzant |
| | § | |
| FEDERICO ANDRES MACHADO (4) | § | |

### UNITED STATES' RESPONSE TO DEFENDANT'S SECOND EMERGENCY MOTION TO ADMINISTER MEDICATION AND PROVIDE MEDICAL TREATMENT

The defendant, **Federico Andres Machado**, filed a Second Emergency Motion to Administer Medical and Provide Medical Treatment on November 12, 2025 under seal.

Machado was charged by Fifth Superseding Indictment in count one with a violation of 21 U.S.C. § 846, Conspiracy to Manufacture and Distribute Cocaine, count two with a violation of 21 U.S.C. § 963, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States, count three with a violation of 21 U.S.C. § 959 and 18 U.S.C. § 1, Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States, count four with a violation of 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1956(a)(2)(A), 1956(a)(2)(B)(i), and 1957, and count seven with a violation of 18 U.S.C. § 1349, conspiracy to commit wire fraud.  Counts one, two and three carry a term of imprisonment of not less than ten years and not more than life, and counts four and seven carry a term of up to twenty years of imprisonment, and count seven.

After being extradited back to the Eastern District of Texas, **Machado** was arraigned on a revocation of pretrial release and waived a detention hearing. The order of detention was filed on November 7, 2025.

After receiving the emergency motion filed on November 7, 2025 for medical treatment, the United States immediately contacted a supervisor with the United States Marshal (USM) and made them aware of the situation. The USM advised they are looking into the medical matter.

After received the second emergency motion filed on November 12, 2025, the United States immediately contacted a supervisor with the United States Marshals Office and made them aware of the situation. They have advised that they are in contact with the jail facility regarding the medication.

The United States Attorney's Office has no input in or control over where inmates are incarcerated and has no information about their medical treatment.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

/s/ _____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Phone: (972) 509-1201
Fax: (972) 509-1213
Heather.rattan@usdoj.gov

## CERTIFICATE OF SERVICE

On November 12, 2025, a true and correct copy of the foregoing instrument has been served on the counsel for the defendant via e-mail transmission.

/s/
Heather Rattan
Assistant United States Attorney

3